UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
JIMMY TYRONE NEWKIRK                         CASE NO. 20-10621
15 SAINT CROIX PL APT #E                     JUDGE BENJAMIN A. KAHN
GREENSBORO, NC  27410

    DEBTOR

SSN(1) XXX-XX-2707                            DATE: 04/16/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $1,798.35<br>INT:  .00%<br>NAME ID: 181492<br>CLAIM #:  0006 | (U) UNSECURED<br><br>ACCT: 9585<br>COMMENT: |
| CONE HEALTH MEDICAL CENTER<br>710 RUSH ST<br>SOUTH BEND, IN  46601 | $0.00<br>INT:  .00%<br>NAME ID: 182842<br>CLAIM #:  0007 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CREDIT FIRST NA<br>P O BOX 818011<br>CLEVELAND, OH  44181 | $0.00<br>INT:  .00%<br>NAME ID: 69320<br>CLAIM #:  0026 | (U) UNSECURED<br>NOT FILED<br>ACCT: 6614<br>COMMENT:  BRIDGESTONE/FIRESTONE |
| CREDIT FIRST NA<br>P O BOX 81315<br>CLEVELAND, OH  44181-0315 | $0.00<br>INT:  .00%<br>NAME ID: 69656<br>CLAIM #:  0027 | (U) UNSECURED<br>NOT FILED<br>ACCT: 6614<br>COMMENT:  FIRESTONE |
| EMERGENCY COVERAGE CORPORATION<br>% WAKEFIELD & ASSOC<br>7005 MIDDLEBROOK PIKE<br>KNOXVILLE, TN  37909 | $0.00<br>INT:  .00%<br>NAME ID: 182843<br>CLAIM #:  0008 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EMPLOYMENT SECURITY COMMISSION<br>P O BOX 26504<br>RALEIGH, NC  27611-6504 | $0.00<br>INT:  .00%<br>NAME ID: 5777<br>CLAIM #:  0023 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FINGERHUT<br>P O BOX 1250<br>SAINT CLOUD, MN  56395 | $0.00<br>INT:  .00%<br>NAME ID: 30246<br>CLAIM #:  0009 | (U) UNSECURED<br>NOT FILED<br>ACCT: 6331<br>COMMENT: |
| FIRST POINT RESOURCES<br>P O BOX 26140<br>GREENSBORO, NC  27402 | $0.00<br>INT:  .00%<br>NAME ID: 38570<br>CLAIM #:  0024 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

PAGE 2  -  CHAPTER 13 CASE NO. 20-10621

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| GUILFORD COUNTY TAX<br>P O BOX 3138<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 119336<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 2707<br>COMMENT: |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $6,571.36<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 8685<br>COMMENT: 1120TFCL |
| LAB CORP<br>P O BOX 2240<br>BURLINGTON, NC  27216-2240 | $0.00<br>INT: .00%<br>NAME ID: 2431<br>CLAIM #: 0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| LENDMARK FINANCIAL SERVICES LLC<br>2118 USHER ST NW<br>COVINGTON, GA  30014 | $10,186.59<br>INT: .00%<br>NAME ID: 166347<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 5927<br>COMMENT: |
| LIFELINK MEDICAL GROUP PLLC<br>ATTN # 15934K<br>P O BOX 14000<br>BELFAST, ME  04915 | $0.00<br>INT: .00%<br>NAME ID: 182847<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1549<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 2707<br>COMMENT: |
| NORTH CAROLINA NEPHROLOGY PA<br>3031 NEW BERN AVE<br>RALEIGH, NC  27610 | $0.00<br>INT: .00%<br>NAME ID: 182848<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $5,114.27<br>INT: .00%<br>NAME ID: 162216<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 8058<br>COMMENT: |
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $777.24<br>INT: .00%<br>NAME ID: 159089<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 1007<br>COMMENT: |
| THE PARK AT MIDTOWN<br>1 SAINT CROIX PL<br>GREENSBORO, NC  27410 | $0.00<br>INT: .00%<br>NAME ID: 182852<br>CLAIM #: 0022 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TIME INVESTMENT CORPORATION<br>DBA TIME FINANCING SERVICE<br>P O BOX 398<br>MOUNT OLIVE, NC  28365 | $1,370.39<br>INT: .00%<br>NAME ID: 175253<br>CLAIM #: 0017 | (U) UNSECURED<br><br>ACCT: 6383<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $0.00<br>INT: .00%<br>NAME ID: 66723<br>CLAIM #: 0004 | (S) SECURED<br>SURRENDERED<br>ACCT: 3651<br>COMMENT: 07CADI,REL |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $5,972.80<br>INT: .00%<br>NAME ID: 66723<br>CLAIM #: 0005 | (U) UNSECURED<br><br>ACCT: 6800<br>COMMENT: 321A,920A |
| UNC HEALTH SYSTEM<br>% PROFESSIONAL RECOVERY<br>2700 MERIDIAN PKWY<br>DURHAM, NC  27713 | $0.00<br>INT: .00%<br>NAME ID: 182850<br>CLAIM #: 0019 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| UNC HEALTHCARE<br>P O BOX 1123<br>MINNEAPOLIS, MN  55440-1123 | $2,975.32<br>INT: .00%<br>NAME ID: 170446<br>CLAIM #: 0018 | (U) UNSECURED<br><br>ACCT: 2707<br>COMMENT: |
| UNC PHYSICIANS<br>% BULL CITY FINANCIAL SOLUTIONS<br>2609 N DUKE ST STE 500<br>DURHAM, NC  27704 | $0.00<br>INT: .00%<br>NAME ID: 182851<br>CLAIM #: 0020 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| WAGNER FINANCIAL SVCS INC<br>1577 NEW GARDEN RD STE A<br>GREENSBORO, NC  27410-2798 | $2,445.51<br>INT: .00%<br>NAME ID: 124528<br>CLAIM #: 0021 | (U) UNSECURED<br><br>ACCT: 2707<br>COMMENT: |
| YOUR WAY AUTO SALES<br>2645 RANDLEMAN ROAD<br>GREENSBORO, NC  27406 | $2,176.60<br>INT: 5.25%<br>NAME ID: 20748<br>CLAIM #: 0025 | (V) VEHICLE-SECURED<br><br>ACCT: 4342<br>COMMENT: 05CHEV,421OR |
| **TOTAL:** | **$39,388.43** | |
| WENDELL WES SCHOLLANDER III ESQ<br>514 S STRATFORD RD STE 317<br>WINSTON SALEM, NC  27103 | $5,000.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  04/16/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
　　　Attorney for Debtor - Electronic Notice